# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KRISTEN ELIZABETH RAMIREZ,

Plaintiff,

v.

FRANK BISIGNANO,
Commissioner of Social Security,[1]

Defendant.

_______________________________________/

Case No. 1:26-cv-04656-SKO

**ORDER THAT PLAINTIFF FILE A WRITTEN STATEMENT SHOWING CAUSE WHY CASE SHOULD NOT BE DISMISSED OR THAT PLAINTIFF FILE THE MOTION FOR SUMMARY JUDGMENT**

On June 17, 2026, Plaintiff, represented by counsel, filed the present action in this Court. (Doc. 1.) Plaintiff seeks review of the Commissioner's denial of her application for benefits. (*See id.*)

Pursuant to the parties' stipulation filed September 17, 2026 (Doc. 11), the Court ordered that Plaintiff's motion for summary judgment "shall be filed on or before **October 14, 2026**." (Doc. 12 (emphasis in original).) On October 14, 2026, Plaintiff failed to file her motion for summary judgment, and to date, no motion has been filed. (*See* Docket.) Plaintiff is, therefore, ordered to show cause, if any, why the action should not be dismissed for failure to comply with the Court's

---

[1] On May 6, 2025, Frank Bisignano was appointed the Commissioner of the Social Security Administration. *See* https://www.ssa.gov/news/press/releases/2025/#2025-05-07. He is therefore substituted as the defendant in this action. *See* 42 U.S.C. § 405(g) (referring to the "Commissioner's Answer"); 20 C.F.R. § 422.210(d) ("the person holding the Office of the Commissioner shall, in his official capacity, be the proper defendant").

order and for want of prosecution. Alternatively, Plaintiff may file the motion for summary judgment.

Accordingly, it is HEREBY ORDERED that:

1. By no later than **October 30, 2026,** Plaintiff shall **either**:

   a. file a written response to this Order showing cause why the Court should not dismiss this action for failure to comply with the Court's order and for want of prosecution; or

   b. file the motion for summary judgment.

**Failure to respond to this Order to Show Cause will result in a dismissal of this action.**

IT IS SO ORDERED.

Dated: **October 16, 2026**

/s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE