ERIC GRANT
United States Attorney
MATHEW W. PILE
Executive Counsel for Program Litigation 1
Social Security Administration | Law & Policy
MARLA K. LETELLIER, CA 234969
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (510) 970-4814
E-Mail: Marla.Letellier@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

KRISTEN RAMIREZ,

Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No.: 1:26-cv-04656-SKO

STIPULATION AND UNOPPOSED MOTION FOR AN EXTENSION OF TIME; ORDER

(Doc. 16)

Pending the Court's approval, the time for Defendant to file her Motion for Summary Judgment is extended thirty (30) days from November 30, 2026, up to and including December 30, 2026. This is the Defendant's first request for an extension on the deadline to file his Motion for Summary Judgment.

After being recently assigned this case, Counsel for Defendant respectfully requests this extension in order to adequately evaluate the issues presented. Counsel requests a 30-day extension due her heavy caseload and the fact that she will be out of the office next week. Defendant appreciates Plaintiff's counsel's professional courtesy and apologizes to the Court for the inconvenience.

Accordingly, the parties hereby stipulate that Defendant's Motion for Summary

Judgment be due on December 30, 2026. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: November 20, 2026

ERIC GRANT
United States Attorney

By /s/ *Marla K. Letellier*
MARLA K. LETELLIER
Special Assistant U.S. Attorney

Attorneys for Defendant

Dated: November 20, 2026

NEWEL LAW

By /s/ *Melissa Newel**
(*as authorized via e-mail on November 20, 2026)
MELISSA NEWEL
Attorney for Plaintiff

**ORDER**

Pursuant to the parties' foregoing stipulation (Doc. 16) and for good cause shown (Fed. R. Civ. P. 16(b)(4)), IT IS ORDERED that Defendant shall have an extension, up to and including **December 30, 2026**, to file his Motion for Summary Judgment. All deadlines in the Scheduling Order (Doc. 2) are enlarged accordingly.

IT IS SO ORDERED.

Dated: **November 23, 2026**

/s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE